

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:                    01-18-00593-CR

Trial Court Cause
Number:                          1493076D

Style:                           Juan Jesus Villarreal

                                 **v** The State of Texas

Date motion filed*:              11/22/2019

Type of motion:                  Motion to Extend Time to File Motion for Rehearing

Party filing motion:             Barry G. Johnson, counsel for Juan Jesus Villarreal

Document to be filed:            Motion for Rehearing

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

    Original due date:                           11/22/2019

    Number of previous extensions granted:       0

    Date Requested:                              12/22/2019

Ordered that motion is:

    ☒   Granted

        If document is to be filed, document due: 12/23/2019

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____

Judge's signature: /s/ Justice Sarah Beth Landau
        ☒ Acting individually    ☐ Acting for the Court

Panel consists of  Justices Lloyd, Goodman, and Landau.

Date: 11/26/2019